# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Amendment to Petition for Warrant or Summons Originally Filed on June 10, 2016

| | |
|---|---|
| Name of Offender: JERRELL BOBBY MOORE | Case Number: 1:07CR70-1 |
| | 1:07CR340-1 |

Name of Sentencing Judicial Officer:   The Honorable William L. Osteen, Jr.

Date of Original Sentence:   April 21, 2009

Original Offense:   **1:07CR70-1**
Count One: Conspiracy to Commit Carjacking in violation of 18 U.S.C. § 371.
Count Three: Armed Bank Robbery in violation of 18 U.S.C. §§ 2113(a) and 2113(d) and 2.
Count Four: Carrying and Using by Discharging a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c) (1) (A) (iii) and 2.

**1:07CR340-1**
Count One: Interference with Commerce by Threat or Violence in violation of 18 U.S.C. §§ 1951(a) and 3551.

Original Sentence:   147 months imprisonment, five years supervised release.

**1:07CR70-1** - 75 months imprisonment as to Count Three, 60 months as to Count One to run concurrently with the sentence imposed in Count Three; 72 months as to Count Four to run consecutively to the sentence imposed in Counts One and Three and the sentence imposed in 1:07CR340-1.  Five years supervised release as to Count Three, three years as to Count One, and three years as to Count Four. All counts to run concurrently.

**1:07CR340-1**- 75 months imprisonment as to Count One to run concurrently with the sentence imposed as to Counts One and Three in 1:07CR70-1.  Three years supervised release to run concurrently with all other terms of supervised release in 1:07CR70-1.

May 7, 2013: Sentence reduction from 147 months imprisonment to 86 months pursuant to Rule 35(b) was filed.

January 10, 2014: Modification for Restitution Payment was filed.

March 26, 2014: Modification for Home Confinement was filed.

October 8, 2014: Modification for Residential Re-Entry Center was filed.

March 11, 2016: Supervised Release was revoked, six months imprisonment, followed by 28 months of supervised release as to all counts.

| | |
|---|---|
| Type of Supervision:   Supervised Release | Date Second Term of Supervision Commenced: March 11, 2016 |
| | Date Supervision Expires: July 10, 2018 |

Assistant U.S. Attorney: Michael DeFranco          Defense Attorney: Robert L. McClellan

---

PETITIONING THE COURT

[ ]   To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

[ ]   To issue a summons

[X]   To amend the petition filed on June 10, 2016 by updating the Violation, Supervision Focus and Response to Supervision and Recommendation sections. This Amended Petition shall be unsealed upon the issuance of an Order in response to this Amended Petition.

The probation officer believes that Mr. Moore has violated the following condition(s) of supervision:

**Violation 1 - The defendant shall not commit another federal, state or local crime.**

On September 6, 2018, Mr. Moore was sentenced in Guilford County Superior Court in Greensboro, NC on charges of Felony Attempted Robbery with Dangerous Weapon (16CRS76775), Felony Robbery with Dangerous Weapon (16CRS76777), Felony Conspiracy to Commit Robbery with Dangerous Weapon (16CRS76778), Felony Attempted Larceny of a Motor Vehicle (16CRS78156) and Felony Larceny of Motor Vehicle (16CRS78157). He was sentenced to 58 to 82 months imprisonment in the North Carolina Department of Correction. All cases were consolidated for judgment. The dates of these offenses occurred between April 26, 2016 and May 26, 2016.

On May 26, 2016, Mr. Moore was arrested for Robbery With Dangerous Weapon (16CR76777); Attempted Robbery Dangerous Weapon (16CR76775); Possess Stolen Vehicle (16CR76776); and Conspiracy Robbery Dangerous Weapon (16CR76778) in Greensboro, NC. According to the warrant Mr. Moore, Leeshawn Joyner, who is a convicted felon, Javon Thomas, and Jaa'Chai Williamson are alleged to have unlawfully, willfully and feloniously conspired to commit the felony robbery with a dangerous weapon against a Wells Fargo Bank Branch in Greensboro, NC, on May 26, 2016 (16CR76778). On that same date, Mr. Moore was in possession of a stolen 2012 Honda Civic (16CR076776). On May 18, 2016, Mr. Moore is alleged to have attempted to steal money from Bank of America, by using a semi-automatic handgun (16CR076775). On April 29, 2016, Mr. Moore stole $7,300 from Wells Fargo Bank by using a semi-automatic handgun (16CRS76777) all occurring in Greensboro, NC. Charges of Felony Possession of Stolen Motor Vehicle (16CRS76776) and Felony Violent Habitual Felon (16CRS24543) were voluntarily dismissed on September 6, 2018, pursuant to a plea agreement.

**Violation 2 - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. Moore tested positive for marijuana on May 19, 2016.

RE: Jerrell Bobby Moore 3

**Violation 3 - The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

Mr. Moore was arrested on May 26, 2016 for the charges noted in Violation 1. He was arrested with Mr. Leeshawn Joyner, who has multiple felony convictions.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended for   years, for a total term of   years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on  September 16, 2019

_____
Edward R. Cameron
Supervisory U.S. Probation Officer

Approved by:
_____
Christopher M. Bersch
Supervisory U.S. Probation Officer

September 16, 2019
_____
Date