IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:07CR70-1 |
| v. | ) | 1:07CR340-1 |
| | ) | |
| JERRELL BOBBY MOORE | ) | |

### ORDER ON AMENDMENT TO PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION ORIGINALLY FILED ON June 10, 2016

This matter is before the court upon request of the United States Probation Officer. (1:07CR70-1 (Doc. 72); 1:07CR340-1 (Doc. 55).) The court has reviewed the Amended Petition and finds the following:

( ) No Action.

( ) Amend the Petition filed on December 12, 2018. For compelling reasons, this Amended Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Amended Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

(X) Amend the Petition filed on June 10, 2016. This Amended Petition shall be unsealed upon the issuance of an Order in response to this Amended Petition.

( ) Amend the Petition for a Summons.

( ) Withdraw the Summons.

( ) Withdraw the Warrant.

( ) Other:

**IT IS SO ORDERED.**

This the 18th day of September, 2019.

                                            /s/ William L. Osteen, Jr.
                                            United States District Judge