```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

JERRELL BOBBY MOORE,            )
                                )
            Petitioner,          )
                                )           1:20CV920
        v.                       )           1:07CR70-1
                                )
UNITED STATES OF AMERICA,        )
                                )
            Respondent.          )

## JUDGMENT

On October 30, 2020, the United States Magistrate Judge's Amended Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 91, 92.) No objections were filed within the time limits prescribed by § 636.

The court need not make a de novo review and the Magistrate Judge's Amended Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, (Doc. 86), is **DENIED** and that this action be, and is hereby, dismissed without prejudice to Petitioner promptly filing corrected actions.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner's motions, (Doc. 89, 90), seeking to set aside the revocation judgment and to receive jail credit are **DENIED** without prejudice

to Petitioner pursuing the claims correcting the defects as set out in the Order and Recommendation.

This the 8th day of December, 2020.

/s/ William L. Osteen, Jr.
United States District Judge